Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  22−12458−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LUUL G. ASIHEL
   414 BERWICK STREET
   ORANGE, NJ 07050

Social Security No.:
   xxx−xx−4718

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                5/25/22
Time:               08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 19, 2022
JAN: wdh

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-12458-SLM
LUUL G. ASIHEL     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Apr 19, 2022     Form ID: 132     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LUUL G. ASIHEL, 414 BERWICK STREET, ORANGE, NJ 07050-2132 |
| 519541487 | + | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 519541488 | + | AES/NCT, Pob 61047, Harrisburg, PA 17106-1047 |
| 519541490 | + | American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 519541496 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519541497 | | PNC Bank, Depost Operations, Eastwick Center, 800 Tincum Boulevard, Philadelphia, PA 19153 |
| 519541500 | + | PNC Mortgage Servicing, Attn: Bankruptcy Department, 3232 Newmark Dr, Miamisburg, OH 45342-5433 |
| 519541501 | | PNC National Bank of NJ, PO Box 8310, Philadelphia, PA 19101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 19 2022 20:50:38 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 19 2022 20:44:00 | Wilmington Savings Fund Society,FSB, d/b/a Christi, 10700 Abbotts Bridge RD Suite 170, Duluth, Ga 30097-8461 |
| 519541487 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2022 20:44:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 519541488 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2022 20:44:00 | AES/NCT, Pob 61047, Harrisburg, PA 17106-1047 |
| 519541490 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2022 20:44:00 | American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 519541493 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2022 20:44:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519541492 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2022 20:44:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 519541494 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2022 20:44:00 | Nationstar Mortgage / Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519556895 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519541498 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 519541499 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |

| | | | | |
|---|---|---|---|---|
| 519541502 | + | Email/Text: bkteam@selenefinance.com | Apr 19 2022 20:44:00 | Selene Finance Lp, 9990 Richmond, Houston, TX 77042-4559 |
| 519542347 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519549120 | + | Email/Text: RASEBN@raslg.com | Apr 19 2022 20:44:00 | Wilmington Savings Fund Society,FSB, d/b/a Christi, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097, Phone 30097-8461 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519541495 | | NONE |
| 519541489 | *+ | AES/NCT, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 519541491 | *+ | American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

**Name**    **Email Address**

Avram D White
on behalf of Debtor LUUL G. ASIHEL clistbk3@gmail.com
adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Laura M. Egerman
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4