UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO ATTORNEYS
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857
888-481-1709 telefax
AVRAM D. WHITE, ESQ.
ATTORNEY FOR THE DEBTOR

In Re:

    LUUL ASIHEL,

                     DEBTOR.

Case No.:    22-12458-SLM

Judge:    STACEY L. MEISEL

Chapter:    13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒ Motion for Relief from the Automatic Stay filed by VILMINGTON SAVINGS FUNI, creditor,

    A hearing has been scheduled for JULY 27, 2022, at 10:00 am.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I believe that I have not been credited for all of my payments under the motion for relief. I see only one of the checks that I have remitted for payment cashed out of my bank account. I have been making payments in an amount I believe to be the full mortgage payment. I just was able to find new full time employment. If I am found to be behind I would like to roll the missed payments into the plan.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: July 20, 2022

/s/ LUUL ASIHEL
Debtor's Signature

Date:

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*