| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 15, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    LUUL G. ASIHEL | Case No.:  22-12458<br><br>Hearing Date:  12/14/2022<br><br>Judge:  STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: December 15, 2022

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): LUUL G. ASIHEL

Case No.: 22-12458SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 12/14/2022 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 12/14/2022 of the plan filed on 09/29/2022, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 12/28/2022 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.