Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−12458−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LUUL G. ASIHEL
   414 BERWICK STREET
   ORANGE, NJ 07050

Social Security No.:
   xxx−xx−4718

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/19/22 and a confirmation hearing on such Plan has been scheduled for 12/14/22.

The debtor filed a Modified Plan on 12/29/22 and a confirmation hearing on the Modified Plan is scheduled for 2/8/23 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 29, 2022
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
LUUL G. ASIHEL  
    Debtor

Case No. 22-12458-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 29, 2022     Form ID: 186     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LUUL G. ASIHEL, 414 BERWICK STREET, ORANGE, NJ 07050-2132 |
| 519541496 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519541497 | | PNC Bank, Depost Operations, Eastwick Center, 800 Tincum Boulevard, Philadelphia, PA 19153 |
| 519541500 | + | PNC Mortgage Servicing, Attn: Bankruptcy Department, 3232 Newmark Dr, Miamisburg, OH 45342-5433 |
| 519541501 | | PNC National Bank of NJ, PO Box 8310, Philadelphia, PA 19101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 29 2022 20:37:35 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 29 2022 20:38:00 | Wilmington Savings Fund Society,FSB, d/b/a Christi, 10700 Abbotts Bridge RD Suite 170, Duluth, Ga 30097-8461 |
| 519541487 | + | Email/Text: bncnotifications@pheaa.org | Dec 29 2022 20:38:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 519541488 | + | Email/Text: bncnotifications@pheaa.org | Dec 29 2022 20:38:00 | AES/NCT, Pob 61047, Harrisburg, PA 17106-1047 |
| 519541490 | + | Email/Text: bncnotifications@pheaa.org | Dec 29 2022 20:38:00 | American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 519541493 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 29 2022 20:38:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519541492 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 29 2022 20:38:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 519541494 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 29 2022 20:38:00 | Nationstar Mortgage / Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519556895 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2022 20:38:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519541498 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2022 20:38:00 | PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 519541499 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2022 20:38:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519541502 | + | Email/Text: bkteam@selenefinance.com | Dec 29 2022 20:39:00 | Selene Finance Lp, 9990 Richmond, Houston, TX 77042-4559 |
| 519542347 | + | Email/PDF: gecsedi@recoverycorp.com | | |

|  |  |  | Dec 29 2022 20:37:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| --- | --- | --- | --- | --- |
| 519631675 | + | Email/Text: bkteam@selenefinance.com | Dec 29 2022 20:39:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, c/o Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519549120 | + | Email/Text: RASEBN@raslg.com | Dec 29 2022 20:38:00 | Wilmington Savings Fund Society,FSB, d/b/a Christi, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097, Phone 30097-8461 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519541495 |  | NONE |
| 519541489 | *+ | AES/NCT, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 519541491 | *+ | American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Avram D White | on behalf of Debtor LUUL G. ASIHEL clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina |  |

Case 22-12458-SLM    Doc 64    Filed 12/31/22    Entered 01/01/23 00:10:20    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 29, 2022 | Form ID: 186 | Total Noticed: 22 |

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8