AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re:   LUUL G. ASIHEL                                             Atty:   AVRAM D WHITE, ESQ,
      414 BERWICK STREET                                                 66 HAMPTON TERRACE
      ORANGE, NJ  07050                                                  ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-12458

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/24/2022 | $290.00 | 8484896000 | 06/20/2022 | $145.00 | 8536135000 |
| 07/01/2022 | $145.00 | 8561644000 | 08/03/2022 | $145.00 | 8627349000 |
| 09/02/2022 | $145.00 | 8684693000 | 10/03/2022 | $145.00 | 8743169000 |
| 11/02/2022 | $145.00 | 8805214000 | 12/02/2022 | $145.00 | 8860015000 |
| 01/04/2023 | $145.00 | 8919941000 | | | |

**Total Receipts: $1,450.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,450.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 62.39 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AES/NCT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | AES/NCT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | NATIONSTAR MORTGAGE / MR. COOPER | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 24,193.26 | 0.00% | 0.00 | 0.00 |
| 0013 | PNC MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 137,971.88 | 100.00% | 0.00 | 0.00 |
| 0017 | WILMINGTON SAVINGS FUND SOCIETY F | (NEW) MTG Agree | 4,773.36 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $62.39**
See Summary

**Chapter 13 Case # 22-12458**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $1,450.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $62.39    =    Funds on Hand: $1,387.61

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.