**Order Filed on May 16, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>    Luul G. Asihel,<br><br>                            Debtor. | Case No.:            22-12458-SLM<br><br>Chapter:             CHAPTER 13<br><br>Hearing Date:      May 10, 2023<br><br>Judge:                 Stacey L. Meisel |

### ORDER DENYING MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: May 16, 2023**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Luul G. Asihel |
| Case No.: | 22-12458-SLM |
| Caption of Order: | Order Denying Motion To Vacate Order of Dismissal Without Prejudice |
| Page 2 of 2 | |

**THIS MATTER** having been brought before the Court on a *Motion to Vacate Order of Dismissal* ("**Motion To Vacate Order of Dismissal**") (ECF No. 74) by Debtor Luul G. Asihel; this Court finds:

**WHEREAS** the Motion To Vacate Order of Dismissal is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

　☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

　☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

　☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

　☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

　☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☒ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒　**Other:** Movant failed to properly serve counsel at address listed on the *Notice of Appearance* filed at ECF Nos. 7, 13, and 20.

It is hereby

**ORDERED** that the Motion To Vacate Order of Dismissal is DENIED, without prejudice.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-12458-SLM
LUUL G. ASIHEL                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: May 16, 2023     Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LUUL G. ASIHEL, 414 BERWICK STREET, ORANGE, NJ 07050-2132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Avram D White | on behalf of Debtor LUUL G. ASIHEL clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust kimwilson@raslg.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: May 16, 2023 Form ID: pdf903 Total Noticed: 1

| | |
|---|---|
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9