Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−12458−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LUUL G. ASIHEL
   414 BERWICK STREET
   ORANGE, NJ 07050

Social Security No.:
   xxx−xx−4718

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/11/23 at 10:00 AM

to consider and act upon the following:

80 − Motion to Vacate Dismissal of Case Filed by Avram D White on behalf of LUUL G. ASIHEL. Hearing scheduled for 8/9/2023 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification IN SUPPORT OF MOTION TO VACATE ORDER OF DISMISSAL # 3 Certificate of Service RELATING TO MOTION TO VACATE DISMISSAL OF CASE # 4 Proposed Order ALLOWING MOTION TO VACATE DISMISSAL OF CASE) (White, Avram)

Dated: 9/28/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court