UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

In Re:

    LUUL ASIHEL,

                      DEBTOR.

Case No.:    22-12458-SLM
Chapter:    13
Hearing Date:    
Judge:    STACEY L. MEISEL

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter:   Document #80 (Motion to Vacate Dismissal of Case) is withdrawn on ECF

_____

Date:  October 5, 2023

/s/ Avram D. White
Signature

*rev.8/1/15*